# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER DONAHUE | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | No. 10-2761 |
| | : | |
| WARDEN SOUDERS, et al., | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 12th day of May, 2011, upon careful and independent consideration of the Petition for a Writ of Habeas Corpus, the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, and noting that no objections to the Report and Recommendation have been filed as of this date, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. The Petition for a Writ of Habeas Corpus is **DENIED**;
3. There is no probable cause to issue a certificate of appealability; and
4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

        **BY THE COURT:**

        **/s/ Mitchell S. Goldberg**
        _____
        **MITCHELL S. GOLDBERG, J.**